UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LESLIE E. RAYMOND                                                                                      PLAINTIFF

v.                                          No. 2:18-CV-02109

DAN SHUE, et al.                                                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 21) from United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections. The Magistrate recommends that the Court grant Defendants' motion (Doc. 10) to dismiss. The Court has conducted de novo review of the report and recommendation pursuant to Plaintiff's objections. 28 U.S.C. § 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Doc. 10) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE